To Whom It May Concern:

Just Doing A Follow up on Case No. 22-cv-2795-SHM-tmp. I'm also concerned Because Jail Staff have Been Bringing me Mail thats Supposed to seen as Legal, Opened not in my presence. I Lastly Filed A Motion For Counsel and 'In Forma pauperis' Application. I also Filed For an extension of time. ~~Staff~~ here are known to cause great Injustices By Delaying Mail and Inmates the Chance to Complete legal suits against their Institutions.

So If A Electronic update Can Be Sent It would Be Highly Appreciated.

Corey Lurry #21116758
Shelby County Criminal Justice Center
201 Poplar Ave
Memphis, TN 38103

Corey Lurry #21116758
201 Poplar Ave
Memphis, TN 38103

Western Divisional Office
167 N. Main Street
Room 242
Memphis, TN 38103

INDIGENT

Shelby County Jail

MEMPHIS TN 380
19 JAN 2023 PM 1 L

01/19/2023 US POSTAGE $000.57
ZIP 38103
041M11225 4052

38103-182167